IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

VIRGINIA SNYDER )
)
)
Plaintiff, )
)
v. )
) CIVIL ACTION NO. 1:07-CV-37
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
Defendant. )

## ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of Two Thousand Four Hundred and Fifteen dollars and Eighty cents ($2415.80) and costs in the amount of Three Hundred and Fifty dollars ($350.00), as authorized by 28 U.S.C. §§ 2412(d) and 1920, subject to the terms of the above-referenced Stipulation.

BY THE COURT: January 24, 2008

Irene M. Keeley, J.